Thursday,
December 22.

Collier and Another *v.* The State.

APPEAL from the *Putnam* Court of Common Pleas.

*Per Curiam.*—Suit by the state against the appellants on a note. Judgment by default.

Errors are assigned relating to the sufficiency of the complaint. No steps were taken in the Court below to set aside the judgment, or otherwise to remedy the error, if any was committed, which must be done, as has been decided in several cases, before bringing the case to this Court.

The appeal is dismissed with costs.

*A. Daggy,* for the appellants.

*D. Williamson,* for the state.